UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| Thimbler, Inc., )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>Unique Solutions Design USA, Ltd, )<br>)<br>Defendant. )<br>) | **JUDGMENT**<br><br>No. 5:12-CV-695-BR |

**Decision by Court.**

This matter is before Senior United States District Judge W. Earl Britt on the defendant's motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** that the defendant's motion to dismiss or, in the alternative judgment on the pleadings is GRANTED. Thimbler's quantum meruit claim against Unique USA is DISMISSED WITHOUT PREJUDICE. This case is closed.

**This judgment filed and entered on April 25, 2014, and served on:**

John S. Austin (via CM/ECF Notice of Electronic Filing)
Neil A. Riemann (via CM/ECF Notice of Electronic Filing)

April 25, 2014  /s/ Julie A. Richards,
  Clerk of Court